UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
October 14, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: PGC
DEPUTY

| | | |
|---|---|---|
| HERMAN CASTILLO, NP, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:26-CV-04716-MA |
| SECRETARY ROBERT F. KENNEDY, JR. United States Department of Health and Human Services, in his official capacity, UNITED STATES DEPARTMENT OF HEARLTH AND HUMAN SERVICES, DR. MEHMET OZ, Administrator of the Centers for Medicare & Medicaid Services, in his official capacity, CENTERS FOR MEDICARE & MEDICAID SERVICES, NOVITAS SOLUTIONS, INC., and DOES 1-10, | § § § § § § § § § § § | |
| Defendants. | | |

**ORDER FOR CONFERENCE**

Because the claims in this action may be resolved in whole or in substantial part by reference to an administrative record, the parties are ORDERED to confer and thereafter submit a joint case management plan containing the information required on the attached form no later than December 14, 2026.

In the event all Defendants have not yet been served, Plaintiff shall explain why. If any Defendant has been served and the time for appearance has not yet elapsed, Plaintiff must request an extension. If any Defendant has been served and has not timely appeared, Plaintiff must explain its plan for proceeding.

Upon receipts of the joint proposed schedule, the Court will enter a scheduling order.

Failure to comply with this order may result in sanctions being imposed against counsel personally and/or dismissal of the action and assessment of fees and costs.

IT IS SO ORDERED.

DONE this 14th day of October, 2026, in San Antonio, Texas.

MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ______________________, Plaintiff(s) | § | |
| | § | CIVIL ACTION NO. _______________ |
| ______________________, Defendant(s) | § | |

**JOINT CASE MANAGEMENT PLAN**

[Please restate the instruction in **bold** before furnishing the information.]

1. State the date and manner in which counsel conferred regarding the matters addressed in this report. Identify each attorney and party representative who participated.
2. Briefly describe:
   a. The administrative decision, agency action, benefit determination, plan provision, or other determination under review.
   b. The claims asserted.
   c. The relief sought.
   d. Whether the parties agree that the case should be resolved based on the administrative record and legal briefing, without conventional fact discovery.
3. State the basis for subject-matter jurisdiction and venue.
4. Identify any party that disputes subject-matter jurisdiction, personal jurisdiction, or venue, and state the basis for that party's position.
5. List by case number and court all cases related to this one that are pending in any federal or state court. Describe the relationship of each case to this action.
6. Identify the party responsible for filing the administrative record, and the date that the identified party anticipates that an administrative record may be filed.
7. Identify any anticipated dispute(s) concerning:
   a. The completeness or authenticity of the administrative record.
   b. The inclusion or exclusion of particular documents.
   c. Privilege, confidentiality, protected health information, redaction, or sealing.
   d. A request to supplement the record.

   e. A request for remand to the plan administrator, agency, or other decisionmaker, if applicable.

8. If applicable, describe the parties' discussion regarding settlement, mediation, settlement conference, neutral evaluation, or another alternative-dispute-resolution process.
9. State the parties' views regarding the appropriate procedure for resolving the merits of this action after the administrative record is filed, including whether dispositive motions or motions for judgment on the administrative record will be appropriate. If the parties are not agreed on a preferred method of adjudication, describe the separate views and proposals of each party.
10. If either party believes extended briefing is necessary, state the proposed schedule for opening briefs, responses, and replies, together with the reason for the requested schedule.
11. List other motions pending.
12. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court.
13. Certify that all parties have filed Disclosure of Interested Parties pursuant to Federal Rule of Civil Procedure 7.1, listing the date of filing for the original and any amendments.
14. List the names, bar numbers, addresses, and telephone numbers of all counsel.

| | |
|---|---|
| ______________________________ | ______________________________ |
| Counsel for Plaintiff(s) | Date |
| ______________________________ | ______________________________ |
| Counsel for Defendant(s) | Date |